SEALED

ERIC GRANT
United States Attorney
NICOLE M. VANEK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
Aug 27, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGELO CONTRERAS,<br>FELIX SAENZ,<br>LUKE PHILLIPS, and<br>VICTOR RAMOS-AYALA,<br><br>Defendants. | CASE NO. 2:26-cr-00153 DJC<br><br>18 U.S.C. § 371 – Conspiracy to Unlawfully Deal in Firearms; 18 U.S.C. § 922(a)(1)(A) – Unlawful Dealing in Firearms; 18 U.S.C. § 922(g) – Felon in Possession of a Firearm; 18 U.S.C. § 922(o) – Possession of a Machinegun; 21 U.S.C. § 841(a)(1) – Distribution of Cocaine; 21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine; 21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture |

## I N D I C T M E N T

COUNT ONE: [18 U.S.C. § 371 – Conspiracy to Unlawfully Deal in Firearms]

The Grand Jury charges: T H A T

ANGELO CONTRERAS,
FELIX SAENZ,
LUKE PHILLIPS, and
VICTOR RAMOS-AYALA,

defendants herein, as follows:

### I. INTRODUCTION

At all relevant times:

1. San Joaquin County was located within the Eastern District of California.

2. CONTRERAS, SAENZ, PHILLIPS, and RAMOS-AYALA did not have federal firearms

licenses.

3. CONTRERAS and PHILLIPS were convicted felons and therefore were unable to lawfully purchase, possess, or sell firearms and ammunition.

## II. THE CONSPIRACY

4. Defendants herein, beginning on a date uncertain, but no later than on or about February 12, 2026, and continuing to on or about July 30, 2026, in the County of San Joaquin, State and Eastern District of California, did conspire with each other and with other persons known and unknown to the Grand Jury, to commit an offense against the United States, to wit: to willfully engage in the business of dealing in firearms without a license, in violation of Title 18, United States Code, Section 922(a)(1)(A).

5. The object of the conspiracy was to engage in the business of dealing in firearms without a license by unlawfully acquiring and reselling firearms in California for profit.

## III. MANNER AND MEANS

6. In furtherance of the conspiracy, CONTRERAS, SANEZ, PHILLIPS, and RAMOS-AYALA, and others, employed the following ways and means, among others:

7. CONTRERAS, SANEZ, PHILLIPS, and RAMOS-AYALA discussed acquiring and reselling firearms and other firearms parts with each other and other persons known and unknown to the Grand Jury.

8. CONTRERAS, SANEZ, PHILLIPS, and RAMOS-AYALA worked together to sell firearms; law enforcement seized a total of 39 firearms. Typically, during these transactions, CONTRERAS, SAENZ, PHILLIPS, or RAMOS-AYALA negotiated the sale of the firearms, including the price and the location for distribution.

9. CONTRERAS, SAENZ, PHILLIPS, and RAMOS-AYALA drove with each other in varying combinations, and with persons known and unknown to the Grand Jury, to sell firearms to the confidential informant.

10. On approximately four occasions, CONTRERAS directed the confidential informant to meet him at a parking lot. On each occasion, at the parking lot, CONTRERAS sold firearms to the confidential informant. CONTRERAS also told the confidential informant to contact RAMOS-AYALA, also known as "Vic," to buy more firearms.

11. On approximately five occasions, RAMOS-AYALA directed the confidential informant to meet SAENZ or other co-conspirators known and unknown to the Grand Jury at a parking lot. On all five occasions, at the parking lot, SAENZ sold firearms to the confidential informant.

12. Persons known and unknown to the Grand Jury told the confidential informant to contact PHILLIPS to purchase further contraband. On approximately five occasions, PHILLIPS directed the confidential informant to a parking lot to purchase firearms and other contraband. On all five occasions, at the parking lot, PHILLIPS sold firearms to the confidential informant.

IV. OVERT ACTS

13. Between on or about February 12 and July 30, 2026, CONTRERAS, SAENZ, PHILLIPS, and RAMOS-AYALA negotiated the sale of firearms to a confidential informant.

14. On or about February 12, 2026, SAENZ drove CONTRERAS to the parking lot to sell the firearms to the confidential informant. CONTRERAS sold a Glock model 19 pistol bearing serial number BGPT355, a Glock model 26 pistol bearing serial number BRZG688, and a Glock model 26 pistol, equipped with a machinegun conversion device, bearing serial number AKRZ695 to a confidential informant for $3,550.

15. On or about February 19, 2026, PHILLIPS drove CONTRERAS to the parking lot to sell the firearms to the confidential informant. CONTRERAS sold a Glock model 43X pistol bearing serial number AKSN459 and a Smith and Wesson M&P Shield9 bearing serial number HTF9440 to the confidential informant for $2,300.

16. On or about February 26, 2026, SAENZ drove CONTRERAS to the parking lot to sell firearms to the confidential informant. CONTRERAS sold a privately manufactured firearm, a gold and black upper receiver chamber in 300 blackout, and a Glock model 19 pistol bearing serial number BHCZ733, to the confidential informant for $2,100.

17. On or about February 26, 2026, CONTRERAS explained to the confidential informant that he had to book himself into San Joaquin County Jail and would be unavailable to sell more firearms.

18. On or about March 4, 2026, SANEZ drove CONTRERAS to the parking lot to sell firearms to the confidential informant. CONTRERAS sold a Glock model 17 pistol bearing serial number BMBB421 and a Glock model 22 pistol bearing serial number BGGW895 to the confidential

informant for $2,500.

19. On or about March 4, 2026, CONTRERAS introduced a person unknown to the Grand Jury to the confidential informant. CONTRERAS explained that this person would have access to his "accounts" and phones while he was in jail, but could continue to sell firearms to the confidential informant. CONTRERAS also provided the confidential informant with the phone number subscribed to RAMOS-AYALA.

20. Between on or about March 16 and March 19, 2026, RAMOS-AYALA communicated with the confidential informant over text message. RAMOS-AYALA arranged for the sale of two firearms to the confidential informant to take place on March 19, 2026.

21. On or about March 19, 2026, SAENZ sold a Glock model 22 pistol bearing serial number FKL387 and a Glock model 29 pistol bearing serial number BDWR419, to the confidential informant for $2,900. This sale was organized by RAMOS-AYALA but conducted by SAENZ.

22. On or about March 19, 2026, SAENZ told the confidential informant that they were "just doing business" for CONTRERAS while CONTRERAS was in custody.

23. Between on or about March 24 and March 26, 2026, RAMOS-AYALA, through text messages with the confidential informant, arranged for the sale of two firearms to the confidential informant to take place on March 26, 2026.

24. On or about March 26, 2026, PHILLIPS drove SAENZ to the parking lot to sell firearms to the confidential informant. SAENZ sold a Glock model 42 pistol bearing serial number AASA351 and a Glock model 19 pistol bearing serial number YGY013 to the confidential informant for $1,550. This sale was organized by RAMOS-AYALA but conducted by SAENZ.

25. Between on or about April 5 and April 7, 2026, RAMOS-AYALA, through text messages with the confidential informant, arranged for the sale of one firearm and two machinegun conversion devices to the confidential informant to take place on April 7, 2026.

26. On or about April 7, 2026, SAENZ sold a Glock model 43 pistol bearing serial number AHSB146 and two machinegun conversion devices to the confidential informant for $1,720. This sale was organized by RAMOS-AYALA but conducted by SAENZ.

27. Between on or about April 19 and April 23, 2026, RAMOS-AYALA, through text

messages with the confidential informant, arranged for the sale of three firearms to the confidential informant to take place on April 23, 2026.

28. On or about April 23, 2026, SAENZ sold a Springfield XDS-40 bearing serial number AT182510, Springfield XD-9 bearing serial number XD997188, and a Spike's Tactical Warthog rifle bearing serial number WH01777 to the confidential informant for $3,250. This sale was organized by RAMOS-AYALA but conducted by SAENZ.

29. Between on or about April 30 and May 4, 2026, through text messages with the confidential informant, arranged for the sale of three firearms to the confidential informant to take place on May 5, 2026.

30. On or about May 5, 2026, a person unknown to the Grand Jury sold a Glock model 21 pistol bearing serial number BBRM786, a Glock Model 17 pistol bearing serial number BBRA045, and a privately manufactured firearm to the confidential informant for $1,950. This sale was organized by RAMOS-AYALA but conducted by a person unknown to the Grand Jury.

31. On or about May 5, 2026, a person unknown to the grand jury discussed obtaining firearms for the confidential informant with the confidential informant. On May 31, 2026, PHILLIPS texted the confidential informant offering the confidential informant cocaine. PHILLIPS arranged for the sale to the confidential informant cocaine and one firearm to take place on June 16, 2026.

32. On or about June 16, 2026, PHILLIPS sold a Glock model 26 V pistol and an ounce of cocaine to the confidential informant for $2,050. During the same interaction, in discussing the price of cocaine, PHILLIPS stated to the confidential informant, "I sell them for 8, 9 to some n******. But the homies, they told me they fuck with you and I came a couple times in the backseat seen them do business with you." PHILLIPS then offered to obtain more firearms for the confidential informant for $1,300 each.

33. On or about June 23, 2026, PHILLIPS sold a Glock model 27 pistol bearing serial number XDG522, a Glock model 30 pistol bearing serial number CDV917, and an ounce of cocaine to the confidential informant for $3,350. During the same interaction, PHILLIPS stated to the confidential informant that "we" get guns from Texas and cocaine from Los Angeles.

34. On or about June 30, 2026, PHILLIPS sold a Bear Creek Arsenal model BCA15 firearm

bearing serial number A166633 and a firearm suppressor to the confidential informant for $3,000.

35. On or about July 23, 2026, PHILLIPS and SAENZ got into PHILLIPS's vehicle and met the confidential informant at a parking lot. PHILLIPS sold a Glock model 43X pistol bearing serial number BSMV825, a Glock 43X pistol bearing serial number AKXP321, a Glock model 30 pistol bearing serial number BHEX656, a Glock model 26 pistol bearing serial number MVS572, a Glock model 45 pistol bearing serial number BMFN411, and a Glock model 22 pistol bearing serial number BHEN557 to the confidential informant for $7,400.

36. Immediately after the transaction that occurred on or about July 23, 2026, PHILLIPS drove himself and SAENZ to a bank. SAENZ walked into the bank and deposited the money PHILLIPS obtained from the confidential informant.

37. Between on or about July 27 and on or about July 29, 2026, PHILLIPS, through text messages with the confidential informant, arranged to sell eight firearms, one pound of methamphetamine, and one thousand fentanyl pills to the confidential informant on July 30, 2026. PHILLIPS told the confidential informant that he would be out of town, so his friend would sell the items to the confidential informant. PHILLIPS provided the confidential informant with SAENZ's phone number.

38. On or about July 30, 2026, PHILLIPS and SAENZ exited PHILLIPS's residence and got into their separate vehicles. PHILLIPS and SAENZ drove to the parking lot. PHILLIPS circled the parking lot, left, and went back to his residence. SAENZ met with the confidential informant and sold the confidential informant eight Glock 22 model pistols bearing serial numbers WXN051, WXN062, WXN000, HUP704, WXN039, WXN045, WXN059, and BLU928 and one pound of methamphetamine for $10,700. After the transaction, SAENZ returned to PHILLIPS's residence.

39. After the transaction on or about July 30, 2026, PHILLIPS told the confidential informant that there was a miscommunication about the fentanyl pills. PHILLIPS explained that he did not think the confidential informant wanted the fentanyl pills, so PHILLIPS did not have SAENZ deliver the pills.

All in violation of Title 18, United States Code, Section 371.

///

///

<u>COUNT TWO</u>: [18 U.S.C. § 922(a)(1)(A) – Unlawful Dealing in Firearms]

The Grand Jury further charges: T H A T

ANGELO CONTRERAS,
FELIX SAENZ, and
LUKE PHILLIPS,

defendants herein, on or about February 12, 2026, in the County of San Joaquin, State and Eastern District of California, not being licensed dealers and manufacturers of firearms as described in Title 18, United States Code, Section 923, did willfully engage in the business of dealing and manufacturing in firearms, in violation of Title 18, United States Code, Section 922(a)(1)(A).

<u>COUNTS THREE THROUGH SIX</u>: [18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm]

The Grand Jury further charges: T H A T

ANGELO CONTRERAS,

defendant herein, in the County of San Joaquin, State and Eastern District of California, knowing that he had been convicted of a crime punishable by a term of imprisonment exceeding one year, specifically:

(1) Assaulting a Person with a Semi-Automatic Firearm, in violation of California Penal Code § 245(b) on or about January 14, 2020, in San Joaquin County, California; and

(2) Grand Theft from Person, in violation of California Penal Code § 487(c), on or about September 26, 2022, in San Joaquin County, California;

(3) Participation in a criminal Street Gang, in violation of California Penal Code § 186.22(a) on or about September 26, 2022, in San Joaquin County, California;

(4) Felon in Possession of a Firearm, in violation of California Penal Code § 29800(a)(1), on or about May 9, 2023, in San Joaquin County, California;

(5) Felon/Addict in Possession of Firearm, in violation of California Penal Code § 29800(a), on or about May 19, 2023, in San Joaquin County, California;

///

///

///

///

///

///

did knowingly possess the following firearms on or about the following dates:

| COUNT | DATE | FIREARM | SERIAL NUMBER |
|---|---|---|---|
| COUNT 3 | February 12, 2026 | Glock 19<br>Glock 26<br>Glock 26 | BGPT355<br>BRZG688<br>AKRZ695 |
| COUNT 4 | February 19, 2026 | Glock 43X<br>Smith & Wesson, M&P Shield 9 | AKSN459<br>HTF9440 |
| COUNT 5 | February 26, 2026 | Glock 19 | BHCZ733 |
| COUNT 6 | March 4, 2026 | Glock 17<br>Glock 19 | BMBB421<br>BGGW895 |

in and affecting commerce, in that each firearm listed above had previously been transported in interstate and foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

COUNT 7: [18 U.S.C. § 922(o) – Possession of a Machinegun]

The Grand Jury further charges: T H A T

ANGELO CONTRERAS,

defendant herein, on or about February 12, 2026, in the County of San Joaquin, State and Eastern District of California, did knowingly and intentionally transfer and possess a machinegun, that is, a machinegun conversion device installed into a firearm converting a weapon into a machinegun, in violation of Title 18, United States Code, Section 922(o).

COUNT 8: [18 U.S.C. § 922(o) – Possession of a Machinegun]

The Grand Jury further charges: T H A T

FELIX SAENZ,

defendant herein, on or about April 7, 2026, in the County of San Joaquin, State and Eastern District of California, did knowingly and intentionally transfer and possess machineguns, that is, two machinegun conversion devices, used to convert a weapon into a machinegun, in violation of Title 18, United States Code, Section 922(o).

///

///

///

///

COUNTS NINE THROUGH TWELVE: [18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm]

The Grand Jury further charges: T H A T

LUKE PHILLIPS,

defendant herein, in the County of San Joaquin, State and Eastern District of California, knowing that he had been convicted of a crime punishable by a term of imprisonment exceeding one year, specifically:

(1) Grand Theft from a Person, in violation of California Penal Code § 487(c), on or about September 29, 2022, in San Joaquin County, California;

(2) Participation in a Criminal Street Gang, in violation of California Penal Code § 186.22(a), on or about September 29, 2022, in San Joaquin County, California;

(3) Possession of Drugs/Paraphernalia in Prison/Jail, in violation of California Penal Code § 4573.8, on or about December 28, 2023, in San Joaquin County, California; and

(4) Prohibited Possession of Ammunition, etc., in violation of California Penal Code § 30305(a)(1), on or about December 29, 2023, in San Joaquin County, California;

did knowingly possess the following firearms on the following dates:

| COUNT | DATE | FIREARM | SERIAL NUMBER |
|---|---|---|---|
| COUNT 9 | June 16, 2026 | Glock 26 V | ALZC518 |
| COUNT 10 | June 23, 2026 | Glock 22<br>Glock 30 | XDG522<br>CDV917 |
| COUNT 11 | June 30, 2026 | Bear Creek Arsenal BCA15 | A166633 |
| COUNT 12 | July 23, 2026 | Glock 43X<br>Glock 43X<br>Glock 30<br>Glock 26<br>Glock 45<br>Glock 22 | BSMV825<br>AKXP321<br>BHEX656<br>MVS572<br>BMFN411<br>BHEN557 |

in and affecting commerce, in that each firearm listed above had previously been transported in interstate and foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

COUNT THIRTEEN: [21 U.S.C. § 841(a)(1) – Distribution of Cocaine]

The Grand Jury further charges: T H A T

LUKE PHILLIPS,

defendant herein, on or about June 16, 2026, in the County of San Joaquin, State and Eastern District of California, did knowingly and intentionally distribute a mixture and substance containing a detectable

///

amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

<u>COUNT FOURTEEN</u>: [21 U.S.C. § 841(a)(1) – Distribution of Cocaine]

The Grand Jury further charges: T H A T

LUKE PHILLIPS,

defendant herein, on or about June 23, 2026, in the County of San Joaquin, State and Eastern District of California, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

<u>COUNT FIFTEEN</u>: [21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine]

The Grand Jury further charges: T H A T

FELIX SAENZ,

defendant herein, on or about July 30, 2026, in the County of San Joaquin, State and Eastern District of California, did knowingly and intentionally distribute at least 50 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

<u>FORFEITURE ALLEGATION</u>: [21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c) – Criminal Forfeiture]

1. Upon conviction of one or more of the offenses alleged in Counts Thirteen through Fifteen of this Indictment, defendants LUKE PHILLIPS and FELIX SAENZ shall forfeit to the United States pursuant to Title 21, United States Code, Section 853(a), the following property:

a. Any real or personal property, which constitutes or is derived from any proceeds obtained, directly or indirectly, as a result of such offenses; and any property used, or intended to be used, in any manner or part to commit or to facilitate the commission of the offenses.

b. A sum of money equal to the total amount of proceeds obtained as a result of the offenses, for which defendants are convicted.

2. Upon conviction of one of more of the offenses alleged in Counts One through Twelve of this Indictment, defendants ANGELO CONTRERAS, FELIX SAENZ, LUKE PHILLIPS, and VICTOR

RAMOS-AYALA shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing or willful commission of the offenses.

3. If any property subject to forfeiture, as a result of the offenses alleged in Counts One through Fifteen of this Indictment, for which defendants are convicted:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of defendants, up to the value of the property subject to forfeiture.

A TRUE BILL.

**/s/ Signature on file w/AUSA**

FOREPERSON

Eric Grant

ERIC GRANT
United States Attorney

SEALED

No. 2:26-cr-00153 DJC

**UNITED STATES DISTRICT COURT**

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA

*vs.*

ANGELO CONTRERAS,
FELIX SAENZ,
LUKE PHILLIPS, and
VICTOR RAMOS-AYALA,

INDICTMENT

**VIOLATION(S):** 18 U.S.C. § 371 – Conspiracy to Unlawfully Deal in Firearms;
18 U.S.C. § 922(a)(1)(A) – Unlawful Dealing in Firearms;
18 U.S.C. § 922(g) – Felon in Possession of a Firearm;
18 U.S.C. § 922(o) – Possession of a Machinegun;
21 U.S.C. § 841(a)(1) – Distribution of Cocaine;
21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine;
21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture

*A true bill,* **/s/ Signature on file w/AUSA**

*Foreman.*

*Filed in open court this* 27th *day*

*of* August *, A.D. 2026*

\s\ Chris Nair

*Clerk.*

*Bail, $* Bench warrants to issue for all defendants; bail TBD

[signature]

U.S. Magistrate Judge

GPO 863 525

SEALED

2:26-cr-00153 DJC

**United States v. Contreras, et al**
**Penalties for Indictment**

**Defendants**
**Angelo Contreras**
**Felix Saenz**
**Luke Phillips**
**Victor Ramos-Ayala**

**COUNT 1:** **ALL DEFENDANTS**

VIOLATION: 18 U.S.C. § 371 – Conspiracy to Unlawfully Deal in Firearms

PENALTIES: Imprisonment of up to 5 years; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of up to 3 years

SPECIAL ASSESSMENT: $100 (mandatory)

**COUNT 2:** **CONTRERAS, SAENZ, and PHILLIPS**

VIOLATION: 18 U.S.C. § 922(a)(1)(A) – Unlawful Dealing and Manufacturing Firearms

PENALTIES: Imprisonment of up to 5 years; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of up to 3 years

SPECIAL ASSESSMENT: $100 (mandatory)

**COUNTS 3–6:** **CONTRERAS**

VIOLATION: 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm

PENALTIES: Imprisonment of up to 15 years; or
Fine of up to $250,000; or both fine and imprisonment
Up to a three-year term of supervised release

SPECIAL ASSESSMENT: $100 (mandatory)

SEALED

**COUNT 7:** **CONTRERAS**

VIOLATION: 18 U.S.C. § 922(o) – Transfer or Possession of a Machinegun

PENALTIES: Maximum of up to 10 years in prison,
Fine of up to $250,000; or both fine and imprisonment
A supervised release term of up to 3 years

SPECIAL ASSESSMENT: $100 (mandatory)

**COUNT 8:** **SAENZ**

VIOLATION: 18 U.S.C. § 922(o) – Transfer or Possession of a Machinegun

PENALTIES: Maximum of up to 10 years in prison,
Fine of up to $250,000; or both fine and imprisonment
A supervised release term of up to 3 years

SPECIAL ASSESSMENT: $100 (mandatory)

**COUNTS 9–12:** **PHILLIPS**

VIOLATION: 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm

PENALTIES: Imprisonment of up to 15 years; or
Fine of up to $250,000; or both fine and imprisonment
Up to a three-year term of supervised release

SPECIAL ASSESSMENT: $100 (mandatory)

**COUNTS 13–14:** **PHILLIPS**

VIOLATION: 21 U.S.C. § 841(a)(1) – Distribution of Cocaine

PENALTIES: Up to 20 years in prison; or
Fine of up to $1,000,000; or both fine and imprisonment
Supervised release of at least 3 years and up to life

SPECIAL ASSESSMENT: $100 (mandatory)

SEALED

**COUNT 15:** **SAENZ**

VIOLATION: 21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine

PENALTIES: Mandatory minimum of 10 years in prison and up to life in prison; or
Fine of up to $10,000,000; or both fine and imprisonment
Supervised release of at least 5 years and up to life

SPECIAL ASSESSMENT: $100 (mandatory)

**FORFEITURE ALLEGATION:** **ALL DEFENDANTS**

VIOLATION: 21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c) - Criminal Forfeiture

PENALTIES: As stated in the charging document